**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **IN RE:** | **LAWONDA TURNER**<br>**DEBTOR** | **CASE NO: 4:25-BK-11952**<br>**CHAPTER 7** |

## MOTION TO BE RELIEVED AS ATTORNEY FOR DEBTOR

Comes now the movant, Cecille Doan, and for her Motion to be Relieved as Attorney for Debtor, states as follows:

1. That this Court has jurisdiction of this matter.
2. That debtor filed a Chapter 7 Bankruptcy Case on June 10, 2025.
3. That the Court entered an Order of Discharge on November 3, 2025.
4. That movant has completed the necessary duties as debtor's bankruptcy attorney.
5. That debtor requested her Chapter 7 Bankruptcy case be reopened without the counsel of movant, and an order to reopen the case was entered on July 10, 2026.
6. That movant has not been hired to represent debtor in any further proceedings.
7. That movant is not holding any fees in trust on behalf of the debtor.
8. That for the reasons stated herein, movant seeks to be relieved as attorney for debtor.

WHEREFORE, movant respectfully requests that her Motion be granted.

Respectfully submitted,

By: *<u>/s/Cecille Doan</u>*

Cecille Doan, ABN 2009246
Law Offices of Cecille Doan
P.O. Box 94432
North Little Rock, Arkansas 72190
Ph: (501) 400-7395 | Fax: (501) 500-6072
cecille@cashanddoan.com
https://cecilledoan.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 19, 2026, a true and correct copy of the foregoing was mailed to the following via U.S. Mail, *postage prepaid*, or by electronic filing.

U.S. Trustee
*Via Electronic Filing*

Chapter 7/13 Trustee
*Via Electronic Filing*

**Lawonda Turner**
1724 Pilot Court
Jacksonville AR 72026

Date: August 19, 2026

*/s/Cecille Doan*
Cecille Doan