**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**
**IN RE:** LAWONDA F. TURNER, *Debtor pro se*
**CASE NO.:** 4:25-bk-11952
**CHAPTER 7**

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
09/15/26 8:50 am
LINDA McCORMACK, CLERK
By: MaryBethMansfield
DEPUTY CLERK

---

# DEBTOR'S ITEMIZATION OF COMPENSATORY AND PUNITIVE DAMAGES UNDER 11 U.S.C. § 105(a)

COMES NOW the Debtor, Lawonda F. Turner, appearing *pro se*, and respectfully submits this Itemization of Compensatory and Punitive Damages in support of her Motion for Sanctions against PHH Mortgage Corporation and ONITY Mortgage Corporation (collectively, the "Creditor"). Due to the Creditor's willful, continuous, and multi-layered violations of federal statutory laws, the Debtor demands a total judicial remedy of **$850,000.00**, broken down into the following explicit categories of corporate fraud, severe clinical trauma, and financial injury:

**1. Actual Out-of-Pocket Litigation Costs & Administrative Burden ($100,000.00)**

- **Hard Litigation Expenses:** Cash outlays for certified trackable mailings to the Court Clerk, credit bureaus, and servicer departments, alongside high-yield printer ink, binders, and paper required to assemble the comprehensive trial evidence binder.
- **Pro Se Administrative Burden:** Compensation for hundreds of hours of grueling personal labor forced upon an unrepresented, disabled veteran to independently research federal banking regulations, track down multiple statement errors, and manually defend her shelter because her missing counsel left her facing a legal emergency.

**2. Compensatory Damages for Severe Mental and Physical Trauma ($350,000.00)**

- **Corroborated Clinical Trauma and Mental Duress:** Direct compensation for severe clinical depression, panic anxiety, and intense mental duress. This trauma is explicitly and clinically corroborated across the Veterans Affairs (VA) healthcare network by three separate medical professionals: **Dr. Chaunte Coleman (Counselor), Dr. Donna P. Jenkins-Brown (Psychiatrist), and Dr. Madisyn Strain (Clinical Pharmacist).**
- **Disruption of Vital Medical Routines:** Direct injury compensation for the extreme housing survival panic that directly disrupted the Debtor's life-saving medication schedules, causing documented missed doses of daily Insulin Glargine injections and Metformin tablets.
- **Severe Physical Suffering & Physiological Volatility:** Direct compensation for severe physical suffering and physiological injury substantiated by continuous Dexcom Clarity glucose tracking data, proving the Creditor's harassment forced the Debtor's blood sugar to spike into dangerous "High" and "Very High" out-of-range zones for **56%** of the tracking period, with a hazardous average glucose level of **191 mg/dL.**

**3. Real-World Economic Damages: Forced Closure of Business Asset ($150,000.00)**

3 pages

- **LFT Transport LLC Destruction:** Direct financial compensation for the total destruction of the high-earning potential of the Debtor's newly established, fully insured freight broker business, **LFT Transport LLC**. The extreme stress, loss of cognitive focus, and time required to manually combat the bank's unauthorized loss mitigation packet loops made operations impossible, forcing the company to close its doors before generating a single dollar of income.

**4. Punitive Damages for Explicit Statutory Violations & Fraud ($250,000.00)**

- **Illegal Balance Padding & Fraudulent Accounting Violations:** Punitive penalties for blatant accounting fraud. The Creditor used its own actions to artificially add nearly $10,000.00 in unverified corporate fees to the loan balance, manufacturing a fraudulent **$158,000.00** total debt ledger on a mortgage where the **Chapter 13 Trustee's Final Report and Account** certified the true principal baseline at exactly **$148,632.20.**
- **Predatory RESPA Regulation X Dual-Tracking Violations:** Punitive penalties under **12 C.F.R. § 1024.41(g)** for launching an aggressive pre-foreclosure attack—including ordering property valuation equity maps, issuing a hostile 10-day notice, and sending a property inspector to photograph the home during dangerous ice storm conditions—while stringing the Debtor along on three complete loss mitigation applications.
- **Blatant Chapter 13 Automatic Stay Violations:** Punitive penalties under **11 U.S.C. § 362(a)** for willfully violating the stay seven days after the petition went live by sneaking an unauthorized **$25.00 property inspection fee** onto the ledger and unilaterally altering the monthly mortgage payment away from the historical **$765.16** baseline through unauthorized escrow hikes. **This escrow padding directly disregarded the fact that as a 100% disabled veteran, the Debtor has a total statutory exemption from real estate taxes on her homestead, meaning her escrow obligations are legally limited strictly to home insurance.**
- **Willful Chapter 7 Discharge Injunction Violations:** Punitive penalties under **11 U.S.C. § 524(a)(2)** and the *Marino* standard for continuing to issue deceptive monthly statements demanding an artificial **$10,428.51 past-due balance** with attached physical payment stubs after personal liability was legally wiped out.
- **Deceptive Public Credit Defamation & FCRA Violations:** Punitive penalties under **15 U.S.C. § 1681s-2(b)** for intentionally reporting a false Chapter 7 bankruptcy discharge under their own corporate name to flatline account activity and hide the Debtor's willingness to pay, while simultaneously generating a completely phantom mortgage listing under a fake **"Champion"** account label to weaponize her public profile and trap her credit score at a 609.
- **Systematic Harassment:** Punitive penalties for an ongoing, systematic bad-faith campaign of conflicting administrative letters and notices designed to force a vulnerable consumer into foreclosure.

---

# SUMMARY OF DEMANDED REMEDIES:

1. **Total Out-of-Pocket & Administrative Labor Damages:** $100,000.00
2. **Total Compensatory Medical & Trauma Damages:** $350,000.00

3. **Total Economic Business Asset Destruction Damages:** $150,000.00
4. **Total Punitive Damages for Multi-Statute Contempt:** $250,000.00

- **TOTAL JUDICIAL AWARD REQUESTED TO REMEDY THE DAMAGE DONE TO MY FAMILY AND I: $850,000.00**
- **ADDITIONAL REMEDY REQUESTED:** Complete ledger reset to a $0.00 past-due balance, and the mortgage principal permanently locked at the true baseline certified in the **Chapter 13 Trustee's Final Report and Account** of **$148,632.20.**

---

9/10/2026

Laulonda Turner
7124 Pilat Ct
Jacksonville, Ar 72076

Retail

U.S. POSTAGE PAID
PM
JACKSONVILLE, AR [illegible]
SEP 11, [illegible]

$11.00

RDC 03 [illegible]

United States Bankruptcy Court
RE: Clerk of Court (4:25-bk-11952)
300 W 2nd Street
Little Rock, Ar 72201

EXPECTED DELIVERY DAY: 09/14/25

USPS TRACKING® #

[illegible]

PRIORITY MAIL

TRACKED INSURED

UNITED STATES POSTAL SERVICE

For Domestic Use Only