**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**IN RE: LAWONDA TURNER, DEBTOR** | **CASE NO.: 4:25-bk-11952**
**CHAPTER 7**

**AMENDED ORDER DENYING MOTIONS**

On July 17, 2026, the debtor, Lawonda Turner ("debtor"), filed *Debtor's Emergency Motion for Entry of an Order of Contempt, for Sanctions and Damages, and for an Immediate Restraining Order Against PHH Mortgage Corporation for Violation of the Discharge Injunction* ("Motion") at docket entry 23. Additionally, the debtor filed *Debtor's Motion for Leave to File Supplemental Exhibits O and P in Support of Emergency Motion for Contempt* ("Supplemental Motion") on August 24, 2026, at docket entry 32. On September 14, 2026, Onity Mortgage Corporation f/k/a PHH Mortgage Corporation filed *Creditor Onity Mortgage Corporation F/K/A PHH Mortgage Corporation's Response to Debtor's Emergency Motion for Contempt for Violation of the Discharge Injunction* ("Response") at docket entry 37. The court set the Motion, Supplemental Motion, and Response for hearing on September 22, 2026. The debtor appeared *pro se*; Leontra Merriweather appeared as counsel for Onity Mortgage Corporation. Based upon the findings of fact and conclusions of law stated in court and incorporated by reference herein pursuant to Federal Rules of Bankruptcy Procedure 9014 and 7052, the Motion and Supplemental Motion are hereby denied.

IT IS SO ORDERED.

Dated this 23rd day of September, 2026.

HONORABLE RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

cc: Lawonda Turner
Leontra Merriweather
Hamilton M. Mitchell