# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−4 | User: admin | Date Created: 9/23/2026 |
| Case: 4:25−bk−11952 | Form ID: pdf08Ac | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| tr | Hamilton M Mitchell | hamiltonmosesmitchell@gmail.com |
| aty | Leontra Merriweather | lmerriweather@mwzmlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Lawonda Turner | 1724 Pilot Ct. | Jacksonville, AR 72076 |

TOTAL: 1